IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BOARDS OF TRUSTEES OF OHIO
LABORERS' FRINGE BENEFIT
PROGRAMS,
    Plaintiff,

v.

Civil Action 2:18-cv-454
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Jolson

A&I HEALTH SOLUTIONS, LLC,
    Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on December 13, 2018. (ECF No. 10.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **GRANTS** Plaintiffs' Motion for Default Judgment. (ECF No. 9.) The Clerk is **DIRECTED** to **ENTER JUDGMENT** against Defendant A&I Health Solutions, LLC, and that Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs recover from Defendant A&I Health Solutions, LLC $48,646.34 in unpaid fringe benefit contributions, liquidated damages, and prejudgment interest; an award of attorney's fees in the amount of $3,920.00; and interest from the time of judgment at the rate of 1% per month as well as the costs of this action.

    **IT IS SO ORDERED.**

\_\_1-7-2019\_\_
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE